**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | |
|---|---|
| **DIRECTORS OF THE OHIO CONFERENCE OF PLASTERERS & CEMENT MASONS COMBINED FUNDS, INC.** <br><br> **Plaintiffs,** <br><br> v. <br><br> **WIN AIR CONSTRUCTION, LTD. doing business as KNOX CONCRETE CONSTRUCTION** <br><br><br> **Defendant.** | Case No. 2:20-cv-01271-EAS-EPD <br><br> Judge: Elizabeth A. Preston Deavers |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the Plaintiffs voluntarily dismiss this action without prejudice.

        Respectfully submitted,

        s/ Thomas R. Kendall
        Thomas R. Kendall (Ohio Bar #80996)
        Tenechia D. Lockhart (Ohio Bar #93648)
        LEDBETTER PARISI LLC
        5078 Wooster, Suite 400
        Cincinnati, Ohio 45226
        937-619-0990
        937-619-0999 (fax)
        tlockhart@fringebenefitlaw.com
        tkendall@fringebenefitlaw.com
        *Counsel for Plaintiffs*